# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CHARLES JOHNSON, ET AL.** | **CIV. ACTION NO. 3:22-00828** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF MONROE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 28] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant, Mayor Oliver "Friday" Ellis's motion to dismiss for lack of personal jurisdiction, insufficient process, and insufficient service of process [Doc. No. 8] is **GRANTED,** and that Plaintiffs' claims against Mayor Oliver "Friday" Ellis, in his individual capacity only, are hereby **DISMISSED, without prejudice,** for lack of personal jurisdiction. FED. R. CIV. P. 12(b)(2).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant, Louisiana State Police's motion to dismiss for insufficient process and insufficient service of process [Doc. No. 13] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs are granted thirty days from the date of this judgment within which to perfect service upon the Louisiana State Police and to file the return of service into the court record.

**MONROE, LOUISIANA,** this 30th day of June 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**