UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHARLES JOHNSON, ET AL.** | **CIV. ACTION NO. 3:22-00828** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF MONROE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 36] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Second Motion to Dismiss for insufficient process and insufficient service of process filed by Defendant Louisiana State Police [Doc. No. 34] is **GRANTED**, and Plaintiffs' claims against the Louisiana State Police are hereby **DISMISSED WITHOUT PREJUDICE**. FED. R. CIV. P. 12(b)(5) and/or 4(m).

MONROE, LOUISIANA, this 15th day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE